UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECTV, INC.

V.                                                    CASE NO. 3:03CV00916(AVC)

GEORGE LYNCH

NOTICE TO COUNSEL

Local Rule 26(e) provides that, within thirty (30) days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f).  Local Rule 26(e) further provides that, within ten (10) days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

It appears that more than forty (40) days have passed since the appearance of a defendant in this case and no report has been filed.

Accordingly, it is hereby ORDERED that the parties must file a Form 26(f) report by January 12, 2004.  Failure to comply with this order may result in the dismissal of the complaint.

Dated at Hartford, Connecticut, this 12th day of December, 2003.

KEVIN F. ROWE, Clerk


By _____/s/ JW_____
         Jo-Ann Walker
         Deputy Clerk