UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO. 303cv916 AVC |
| vs. | ) |
| George Lynch | ) RULE 26(f) REPORT OF THE PARTIES' |
| | ) PLANNING MEETING |
| Defendant | ) |

## RULE 26(f) REPORT OF THE PARTIES' PLANNING MEETING

Date Complaint Filed: 05/23/2003

Date Complaint Served: 7/27/03

Date of Defendant's Appearance: 10/2/03

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, Plaintiff's counsel called

3:03CV916(AVC). March 31, 2004. Construed as a motion to modify the scheduling order currently in place, the motion is GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by May 6, 2004; (2) all motions, except motions in limine incident to a trial, shall be filed on or before June 6, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 6, 2004; and (4) the case shall be ready for trial by August 6, 2004. It is further hereby ORDERED that the parties shall have to and including April 20, 2004, to file a joint report of the parties planning meeting as required pursuant to Local Rule 16 and 26(e). Failure to participate in such a planning meeting may result in sanctions. See Conn. L. R. Civ. P. 16(f).
SO ORDERED.

Alfred V. Covello
United States District Judge