UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 14 A 10: 53

U.S. DISTRICT
COURT

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No. 3:03cv916AVC |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **WITHOUT PREJUDICE** |
| | ) |
| **George Lynch** | ) |
| | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the

above-entitled action and dismisses the complaint without prejudice and without cost to either

party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

6/11/04
Date

John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
**MORSE & SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: 860-745-0045

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this _____ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

George Lynch
25 West Street
Cromwell, CT 06416

_____
John M. McLaughlin, Esq.