UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No. 3:03cv916AVC |
| Plaintiff, ) | |
| vs. ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| **George Lynch** ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

6/11/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MORSE & SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: 860-745-0045

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

June 15, 2004. GRANTED.
Alfred V. Covello, U.S.D.J.
SO ORDERED.

FILED 2004 JUN 15 P 1:55
U.S. DISTRICT COURT
HARTFORD, CT.

Page 1